

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2020

No. 04-19-00332-CV

Lee B.**WHEELER**, Trustee of the L&P Children's Trust and Nancy Wheeler Plumlee,
Appellants

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellants' reply brief was due on March 5, 2020. *See* TEX. R. APP. P. 38.6(c). After the due date, Appellants filed a first motion for a thirty-day extension of time to file the reply brief.

Appellants' motion is GRANTED. Appellants' reply brief is due on April 6, 2020. *See id.* R. 38.6(d).

It is so **ORDERED** on March 19, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court